CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 0 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TODD L. HOPKINS, | ) | |
| Petitioner, | ) | Civil Action No. 7:06cv00024 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

Petitioner Todd L. Hopkins brings this motion to correct his sentence pursuant to 28 U.S.C. § 2255 claiming his sentence is unconstitutional under United States v. Booker, 543 U.S. 220 (2005). Hopkins has previously filed a § 2255 motion regarding the same conviction and/or sentence. See Hopkins v. United States, 7:00cv00525 (W.D. Va. 2000). Thus, his current § 2255 motion is successive, and the court may only review it if the Fourth Circuit has authorized Hopkins to file a successive § 2255 motion. 28 U.S.C. § 2255. Hopkins does not allege that the Fourth Circuit has authorized him to file a successive motion. Accordingly, the court lacks jurisdiction to review Hopkins's motion and, therefore, dismisses it.[1]

ENTER: This 20th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Moreover, the Supreme Court did not make Booker retroactive to cases on collateral review, meaning Hopkins may not raise a Booker claim in a § 2255 motion. See Booker, 125 S. Ct. at 769.